UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jacob Hack et al.,

    Plaintiffs

v.

Federal Bureau of Investigations et al.,

    Defendants

Case No. 2:13-cv-1188-JAD-CWH

**Order and Final Judgment**

    On July 10, 2015, I resolved a longstanding motion to dismiss. The result was the final termination of all claims by Lauren Hack and all claims against former FBI Director Mueller and the United States. I dismissed all of Jacob Hack's claims, too, but I gave him until August 10, 2015, to file a second amended complaint if he could cure the deficiencies in his Privacy Act claim against the FBI or a Bivens claim for a Fourth Amendment violation.[1] I expressly warned, "If Jacob Hack fails to file a timely and proper second amended complaint, this action will be dismissed in its entirety and the case will be closed."[2]

    The August 10, 2015, deadline came and went without any amended complaint or request to extend the deadline. Accordingly, with good cause appearing and no reason for delay, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this case is now DISMISSED in its entirety. The Clerk of Court is instructed to enter judgment accordingly and close this case.

    DATED September 8, 2015

                                                    _____
                                                  Jennifer A. Dorsey
                                                  United States District Judge

---

[1] ECF 42 at 2, 11.

[2] ECF 42 at 11.